# In the United States Court of Federal Claims

No. 09-786 C

(E-Filed: September 25, 2013)

|  |  |
|---|---|
| WILLIAM M. ABDALLA, ET AL., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## TRANSFER ORDER

     Finding that the transfer is necessary for the efficient administration of justice, Rule 40.1(c) of the United States Court of Federal Claims, the above-captioned case shall be transferred to Judge Patricia E. Campbell-Smith.

    IT IS SO ORDERED.

                                                s/ Emily C. Hewitt
                                                EMILY C. HEWITT
                                                Chief Judge